UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| ANA KLINE, an individual; EMMA LEE NICHOLS, an individual; KORIN ROBERTSON, an individual; and CAROLINE VANSKAIK, an individual;<br><br>    Plaintiffs,<br><br>    v.<br><br>MENTOR WORLDWIDE, LLC; NUSIL, LLC; NUSIL TECHNOLOGY, LLC; and DOES 1-100, inclusive;<br><br>    Defendants. | NO. 2:19-cv-877 WBS KJN<br><br><u>ORDER RELATING CASES</u> |
| ANA KLINE,<br><br>    Plaintiff,<br><br>    v.<br><br>MENTOR WORLDWIDE, LLC; NUSIL, LLC; NUSIL TECHNOLOGY, LLC; and DOES 1-100, inclusive,<br><br>    Defendants. | NO. 2:19-cv-2387 WBS KJN |

1

| | |
|---|---|
| 1  EMMA LEE NICHOLS; | NO. 2:19-cv-2391 JAM KJN |
| 2         Plaintiff, | |
| 3      v. | |
| 4  MENTOR WORLDWIDE, LLC; NUSIL, LLC; NUSIL TECHNOLOGY, LLC; and | |
| 5  DOES 1-100, inclusive; | |
| 6         Defendants. | |
| 7 | |
| 8 | |
| 9  CAROLINE VANSKAIK, | NO. 2:19-cv-2392 TLN CKD |
| 10         Plaintiff, | |
| 11      v. | |
| 12  MENTOR WORLDWIDE, LLC; NUSIL, LLC; NUSIL TECHNOLOGY, LLC; and | |
| 13  DOES 1-100, inclusive, | |
| 14         Defendants. | |

----oo0oo----

The court previously related Kline v. Mentor Worldwide, LLC, Case No. 2:19-cv-877 WBS KJN, and Kline v. Mentor Worldwide, LLC, Case No. 2:19-cv-2387, because both cases involve removal of the same case from state court. Similarly, the court finds that Nichols v. Mentor Worldwide, LLC, Case No. 2:19-cv-2391 JAM KJN, and Vanskaik v. Mentor Worldwide, LLC, Case No. 2:19-cv-2392 TLN CKD, are also related within the meaning of Local Rule 123(a) to Kline, Case No. 2:19-cv-877 WBS KJN, and Kline, Case No. 2:19-cv-2387 WBS KJN, because Nichols and Vanskaik also involve removal of the same case from state court. Accordingly, the assignment

2

of the matters to the same judge is likely to effect a substantial saving of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that all actions are assigned to the same judge; no consolidation of the actions is effected. Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the actions denominated Kline v. Mentor Worldwide, LLC, No. 2:19-cv-877 WBS KJN; Kline v. Mentor Worldwide, LLC, No. 2:19-cv-2387 WBS KJN; Nichols v. Mentor Worldwide, LLC, Case No. 2:19-cv-2391 JAM KJN; and Vanskaik v. Mentor Worldwide, LLC, Case No. 2:19-cv-2392 TLN CKD, be, and the same hereby are, deemed related. The cases denominated Nichols v. Mentor Worldwide, LLC, Case No. 2:19-cv-2391 JAM KJN, and Vanskaik v. Mentor Worldwide, LLC, Case No. 2:19-cv-2392 TLN CKD, shall be reassigned to the Honorable WILLIAM B. SHUBB. Any dates currently set in the reassigned cases only are hereby VACATED. Henceforth, the captions on documents filed in the reassigned cases shall be shown as Nichols v. Mentor Worldwide, LLC, Case No. 2:19-cv-2391 WBS KJN, and Vanskaik v. Mentor Worldwide, LLC, Case No. 2:19-cv-2392 WBS KJN, respectively.

IT IS FURTHER ORDERED that the Clerk of the Court make an appropriate adjustment in the assignment of cases to compensate for this reassignment.

Dated: January 7, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE